UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATE: _____        _____
U. S. Bankruptcy Judge

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

❏ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

❏ The debtor(s) must pay the filing fee according to the following terms:

You must pay …..           On or before this date …..

$ _____           _____ month/day/year

$ _____           _____ month/day/year

$ _____           _____ month/day/year

$ _____           _____ month/day/year

Total: $ _____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

IMPORTANT: All fees must be paid by certified funds or money order. The Clerk's Office does not accept cash.

*rev.12/1/15*

Fill in this information to identify your case:

Debtor 1: **Ashley A Miller**
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 23-14263-KCF

FILED
JEANNE A. NAUGHTON, CLERK
JUN 20 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

☐ Check if this is an amended filing

Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: Specify Your Proposed Payment Timetable

1. Which chapter of the Bankruptcy Code are you choosing to file under?
   - ☑ Chapter 7
   - ☐ Chapter 11
   - ☐ Chapter 12
   - ☐ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   You propose to pay...

   $ 84.50    ☑ With the filing of the petition
              ☐ On or before this date........ MM / DD / YYYY

   $ 84.50    On or before this date.......... 06/01/2023

   $ 169.00   On or before this date.......... 07/01/2023

   + $ _____  On or before this date.......... _____

   Total $ 338.00   ◄ Your total must equal the entire fee for the chapter you checked in line 1.

## Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X *Ashley Miller*                    X _____          X _____
Signature of Debtor 1                 Signature of Debtor 2              Your attorney's name and signature, if you used one

Date 05/19/2023                       Date _____                  Date _____
     MM / DD / YYYY                        MM / DD / YYYY                      MM / DD / YYYY

Official Form 103A    Application for Individuals to Pay the Filing Fee in Installments



PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

## USPS PRIORITY MAIL®

645598X1X1XPRI
Ashley Miller
166 Summit Ave
PO Box 167
Island Heights, NJ 08732-0167

Clerk
US Bankruptcy Court
402 E State St Ste 430
Trenton, NJ 08608-1507

**USPS TRACKING # eVS**



9205 5901 5266 1900 1849 1294 55